IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50771
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALLEN BRENTWOOD MARDIS,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-90-CR-58
- - - - - - - - - -
April 19, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:*

Appellant Allen Brentwood Mardis, a federal prisoner
proceeding pro se, appeals from the denial of his motion for
reduction of sentence filed under an unidentified provision or
statute.  Mardis, who pleaded guilty in 1990 to theft of postal
moneys, argues only that he is entitled to a three-level offense
level reduction for acceptance of responsibility under U.S.S.G.
§ 3E1.1.  The relief Mardis seeks is not available under any of
several statutory vehicles for post-conviction relief.  See

_____

* Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

United States v. Early, 27 F.3d 140 (5th Cir.), cert. denied, 115 S. Ct. 600 (1994); United States v. Vaughn, 955 F.2d 367, 368 (5th Cir. 1992).  Mardis' substantive claim is in any event frivolous.  Accordingly, the district court's denial of his motion is

AFFIRMED.